**No. 50101.**—Protests 32256–K, etc., of Trefousse Gloves, Inc., et al. (New York).

Opinion by Cole, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50102.**—Protests 102639–K, etc., of Atlantic & Pacific Packing Co., Inc., et al. (New York).

Opinion by Cole, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

### Before the Second Division, April 4, 1945

**No. 50103.**—Protests 93190–K, etc., of T. A. Desmond & Co., Inc., et al. (New York).

Opinion by Tilson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50104.**—Protests 114077–K, etc., of Allied Mat & Matting Co. et al. (New York).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50105.**—Protests 962566–G, etc., of N. Minami & Co. et al. (New York).

Opinion by Lawrence, J. The protests were dismissed.

### Before the Third Division, April 4, 1945

**No. 50106.**—Petitions 6389–R, etc., of Wing Wo Tai & Co., Ltd. (Honolulu).

Opinion by Ekwall, J. The petitions were dismissed.

**No. 50107.**—Petition 6388–R of Sun Chong Fat (Honolulu).

Opinion by Ekwall, J. The petition was dismissed.

### Before the First Division, April 6, 1945

**No. 50108.**—Protests 37616–K, etc., of Columbia Co. et al. (San Francisco).